## JAMES W. LITTLE *versus* WILLIAM P. RATHBONE

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Continued *p. 162; (2) continued *p. 333; (3) continued *p. 386; (4) discontinued *p. 487.

PAPERS IN FILE: (1) Precipe for capias; (2) precipe for attachment; (3) affidavit for attachment; (4) attachment bond; (5) capias and return; (6) writ of attachment and return.

*Office Docket*, MS p. 80, cases 16 and [16-a]; p. 102, c. 1. (Case 53 of 1820)

## LEVI GOSS *versus* JOSEPH L. SMITH

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Death suggested, proceedings stayed *p. 162; (2) entry re abatement rescinded, continued *p. 171; (3) death of plaintiff suggested *p. 271; (4) proceedings stayed *p. 334; (5) motion to set aside stay *p. 493; (6) stay set aside *p. 505; (7) motion for judgment *p. 508; (8) remand by procedendo *p. 511.

PAPERS IN FILE: (1) Precipe for certiorari; (2) precipe for habeas corpus cum causa; (3) bond for habeas corpus; (4) writ of habeas corpus; (5) writ of certiorari; (6) transcript of county court record; (7) precipe for subpoena; (8) subpoena; (9) commission to take depositions; (10) letter from John Fowle to Melvin Dorr, clerk; (11) draft of journal entry; (12) motion for judgment; (13) copy of taxed bill of costs.

*Office Docket*, MS p. 105, case 4 and [4-a]. (Case 56 of 1820) Recorded in *Book B*, MS pp. 331–35.

## SHUBAEL CONANT *versus* AUGUSTUS B. WOODWARD

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 163.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari.

*Office Docket*, MS p. 106, c. 5.